```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

**JOSEPH A. BROWN,**           :
                               :
       **Plaintiff**          :      CIVIL NO. 1:16-CV-02477
                               :
   **vs.**                     :
                               :
**DR. SAGE, et al.,**          :      (Judge Rambo)
                               :
                               :
       **Defendants**         :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Brown's motion to proceed <u>in forma pauperis</u> (Doc. 12) is **DENIED**.

2. Brown's complaint is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g).

3. The Clerk of Court shall **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

                                           s/Sylvia Rambo
                                           SYLVIA H. RAMBO
                                           United States District Judge

January 3, 2017